IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TERICK MIKE JAMES,                )
                                  )
            Plaintiff,            )
                                  )
    v.                            )     1:16CV1047
                                  )
MS. RODRIQUES,                    )
                                  )
            Defendant(s).         )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 29, 2016, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED without prejudice to the Plaintiff pursuing his claims by seeking relief from or appealing the Judgment in case 1:16CV528.

                              /s/   Thomas D. Schroeder
                              United States District Judge

October 26, 2016